Kurt LEPPING, Petitioner-Appellant,

v.

Dean WILLIAMS, Commissioner, Alaska Department of Corrections, Respondent-Appellee.

No. 16-35369

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2017 [*]

Filed March 16, 2017

Darryl L. Thompson, Esquire, Attorney, Law Office of Darryl L. Thompson, P.C., Anchorage, AK, for Petitioner-Appellant

Donald Soderstrom, Assistant Attorney General, AGAK—Office of the Alaska Attorney General (Anchorage), Anchorage, AK, for Respondent-Appellee

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM [**]

Alaska state prisoner Kurt Lepping appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas corpus petition. We have jurisdiction under 28 U.S.C. § 2253. We review a district court's denial of a habeas corpus petition de novo, *see Stanley v. Cullen*, 633 F.3d 852, 859 (9th Cir. 2011), and we affirm.

Lepping contends that the state trial court deprived him of due process when it

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

denied his motion for a continuance of his jury trial on charges of numerous Alaska fish and game violations. The Alaska state court's rejection of his claim was not contrary to, or an unreasonable application of, clearly established federal law, nor was it based on an unreasonable determination of the facts in light of the evidence presented in state court. *See* 28 U.S.C. § 2254(d); *Ungar v. Sarafite*, 376 U.S. 575, 589, 84 S.Ct. 841, 11 L.Ed.2d 921 (1964) (trial courts have broad discretion on matters of continuances, and only a "myopic insistence upon expeditiousness in the face of a justifiable request for delay" is constitutionally impermissible).

**AFFIRMED.**

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.